77,909-03

To: Michael F. Stauffacher
    P.O. Box 12308
    Austin, Tx. 78711-2308

January 30th, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 09 201·
Abel Acosta, Clerk

Re: inquiry about retention for 11.07.

Dear Mr. Stauffacher,

    I am in need of an appellate attorney for an 11.07. I am incarcerated at the Huntsville Unit. My parents are "VERY" old and unable to communicate 3-way without confusion, so I am considering who may be best suited for my particular situation. I've read one of your 2010 11.07 remedy books that address many of my issues.

    I need to know what your fee is and does that include your representation upon remand. I am in the 119TH District of Tom Green, County, Tx... San Angelo.

    I have the entire discovery, work product and all. I received 40 years for theft 2nd degree with one enhancement for a class C misdemeanor assault that was enhanced. They claimed the theft of a truck, a welder and engine was over 100k. I have the receipts that were withheld from me that clearly negate a theft of a 2nd degree. The receipts are conclusive proof the value was only 63,000.00 MAX... a lesser degree offense which proves my sentence of 40 years is 30 years over the maximum of what I should be charged.

    Please respond... I need to know about your retention fee and if it something I can afford, I will have my Dad Thomas Madron contact you if we are able to afford you.

Thank You.

Daniel Madron

ADDRESS ↓

DANIEL MADRON # 1749435
HUNTSVILLE UNIT
815 12TH ST
HUNTSVILLE. TX 77348

I have already prepared a brief just for reference. Its only to give an understanding of what I have found.